

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00521-CV

———————————————————

IN THE INTEREST OF M.P. AND A.P., CHILDREN

---

On Appeal from County Court at Law No. 2
Parker County, Texas
Trial Court No. CIV-22-0486

---

Before Walker, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

After Appellant filed this appeal from the trial court's SAPCR order, on December 18, 2024, the trial court signed an order requiring Appellant to pay court costs. Appellant filed a motion in this court to vacate the order, and we denied Appellant's challenge to this order.

Thus, on January 6, 2025, this court issued an order requiring Appellant to pay or make arrangements to pay the trial-court clerk for preparation of the appellate record. Appellant filed a "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in [Trial] Court." We notified Appellant that if her financial circumstances had materially changed since the trial court's December 18, 2024 order, then she must file a motion in compliance with Texas Rule of Appellate Procedure 20.1(b)(3) on or before January 24, 2025. No subsequent motion was filed that alleged that Appellant's financial circumstances had materially changed since the date of the trial court's order requiring payment of costs. *See* Tex. R. App. P. 20.1(b)(3).

On February 18, 2025, we notified Appellant that the trial-court clerk responsible for preparing the record in this appeal had informed us that Appellant had not arranged to pay for the clerk's record as the appellate rules require.[1] *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant arranged to pay for the clerk's

---

[1]Appellant paid the filing fee for her appeal but not the fee for the trial-clerk's record.

record and provided us with proof of payment.  *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because more than ten days have passed and Appellant has not made payment arrangements for the trial-clerk's record, we now dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  March 13, 2025